U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JAN 06 2011
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    4:11CR00001-JLH

HEATHER HILL

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

From on or about November 2, 2007 until on or about September 11, 2009, in the Eastern District of Arkansas,

HEATHER HILL

embezzled and unlawfully and willfully converted to her own use moneys of an employee welfare benefit plan; to wit, moneys belonging to Iron Workers Local 321 Apprenticeship Training Fund.

All in violation of Title 18, United States Code, Section 664.

Respectfully submitted,

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By: KAREN WHATLEY
Assistant U.S. Attorney
Bar Number 94132
Attorney for United States
U.S. Attorney's Office
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
karen.whatley@usdoj.gov